# FEBRUARY TERM, 1881.    755

Carter *et al. vs.* Munroe *et al.*—Phillips *vs.* The State, etc.

## CARTER *et al. vs.* MONROE *et al.*

There was no abuse of discretion in granting an injunction and appointing a receiver in this case.

JACKSON, Chief Justice.

---

## PHILLIPS *vs.* THE STATE OF GEORGIA.

66b 755
87    54

1. An officer armed with a warrant from another county may summon the police of Atlanta as a posse to assist him in arresting the person charged, even beyond the limits of the city, and opposition to the officer and his posse knowingly is opposition to law, and if in so opposing his arrest, the defendant, in the use of a weapon likely to produce death, recklessly stabs and cuts one of the posse, he may be guilty of assault with intent to murder, according to the finding of the jury, and when the law of the case is fairly given in charge, and there is evidence to support the finding, this court will not interfere.

2. Counsel for plaintiff in error applied to the supreme court to be relieved from the payment of costs under rule 16. He alleged that his sickness prevented the filing of a pauper affidavit in the court below, and asked leave to file it *nunc pro tunc :*

*Held*, that as the affidavit was not filed as prescribed by statute, this court has no power to grant relief.

JACKSON, Chief Justice.

---

## EDWARDS *et al. vs.* WORLEY *et al.*

The first grant of a new trial, especially in a complicated case both on law and facts, will not be interfered with by the supreme court unless the facts and law demand the verdict ; and the verdict here not being required imperatively by law and facts, this court will not preclude a fuller investigation by the court below on a new hearing.

JACKSON, Chief Justice.